IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEXANDER WILLIAMS,
ADC #101556                                                                                          PLAINTIFF

V.                        CASE NO. 4:17-CV-00673 JLH/BD

TURNER, et al.                                                                                       DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Williams's lawsuit is DISMISSED, without prejudice. This dismissal counts as a strike for purposes of the Prison Litigation Reform Act.

IT IS SO ORDERED this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE