# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALEXANDER WILLIAMS,
ADC #101556                                                                                         PLAINTIFF

V.                               CASE NO. 4:17-CV-00673 JLH/BD

TURNER, et al.                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE